1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant LEAL-MARTINEZ

FILED
JUL 1 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 09-70591 MAG 3- |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO ADVANCE HEARING |
| v. | ) |
| MIGUEL LEAL-MARTINEZ, | ) |
| Defendant. | ) |

**STIPULATION**

The parties hereby agree to advance the hearing in the above-captioned matter from Friday, July 17, 2009 at 9:30 a.m. to Thursday, July 16, 2009 at 9:30 a.m. because counsel for Mr. Leal-Martinez will be out of the district teaching on the date previously set.

IT IS SO STIPULATED:

Dated: July 13, 2009          /s/
                              RONALD C. TYLER
                              Assistant Federal Public Defender
                              Counsel for the defendant

1 | Dated:   July 13, 2009         /s/
                                   DARYL T. EREMIN
2 |                                Assistant United States Attorney

3

4 |                          **[PROPOSED] ORDER**

5 | GOOD CAUSE APPEARING, the hearing previously set for Friday, July 17, 2009 at

6 | 9:30 a.m. shall be advanced to Thursday, July 16, 2009 ~~at 9:30 a.m.~~

7

8 | **IT IS SO ORDERED.**

9

10 | Dated: 7/13/09

11 |                                THE HONORABLE EDWARD M. CHEN
                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 09-70591 MAG                           2